# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The premises and residence located at 6303<br>Champion Road, Chattanooga, Tennessee 37416 | )<br>)<br>)  Case No. 1:18-MJ- 121<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The premises and residence at 6303 Champion Road, Chattanooga, Tennessee 37416 as set out in Attachment B, attached and incorporated herein.

located in the _____Eastern_____ District of _____Tennessee_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A, attached and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) and 2252A(a)(2) | receipt or distribution of child pornography |
| 18 U.S.C. §§ 2252(a)(4)(B) and 2252A(a)(5)(B) | possession child of pornography |

The application is based on these facts:
See attached affidavit of FBI SA Samuel K. Moore

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

FBI SA Samuel K. Moore
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/21/18

*Judge's signature*

City and state: Chattanooga, Tennessee        Hon. Susan K. Lee, U.S. Magistrate Judge
*Printed name and title*